Lee H. KESSLER et al., Appellants, v. PETTIBONE-MULLIKEN CORPORATION, a corporation, et al.

No. 14779.

United States Court of Appeals
Eighth Circuit.

Aug. 11, 1953.

B. T. Perrine, Cedar Rapids, Iowa, Carlton Hill and Donald J. Simpson, Chicago, Ill., for appellants.

Warren C. Horton and Louis Robertson, Chicago, Ill., for appellees.

PER CURIAM.

Judgment of District Court vacated, and case remanded for entry of final judgment by consent, etc., on motion of appellants and consent of appellees. 108 F.Supp. 748.

NATIONAL LABOR RELATIONS BOARD, Petitioner, v. E. W. FREEMAN, d/b/a The Freeman Company.

No. 14879.

United States Court of Appeals
Eighth Circuit.

Aug. 5, 1953.

David P. Findling, Associate General Counsel, National Labor Relations Board, and A. Norman Somers, Asst. General Counsel, National Labor Relations Board, Washington, D. C., for petitioner.

PER CURIAM.

Order of National Labor Relations Board enforced, on petition for enforcement and stipulation of parties filed with Board.

UNITED STATES of America, Appellant, v. LaVern H. HARTL.

No. 14877.

United States Court of Appeals
Eighth Circuit.

Aug. 18, 1953.

Joseph T. Votava, U. S. Atty., and John E. Deming, Asst. U. S. Atty., Omaha, Neb., for appellant.

PER CURIAM.

Appeal from District Court dismissed, on motion of appellant.